Opinion filed December 21, 2005 












 
 
  
 
 







 
 
  
 
 




Opinion filed December 21, 2005 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00168-CV 

                                                    __________

 

                         CRYSTAL RIVER OIL & GAS, LLC, Appellant

 

                                                             V.

 

                                     CLIFFORD
BARRON, Appellee

 



 

                                          On
Appeal from the 29th District Court

                                                      Palo
Pinto County, Texas

                                                  Trial Court Cause No. C39484

 



 

                                              M
E M O R A N D U M   O P I N I O N

Crystal
River Oil & Gas, LLC has filed in this court a motion to dismiss its
appeal.  In its motion, Crystal River
states that the parties have entered into a settlement agreement and that it no
longer wishes to pursue this appeal.  The
motion is granted.

The
appeal is dismissed.

 

PER
CURIAM

December 21, 2005

Not designated for
publication.  See Tex. R. App. P. 47.2(a).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.